UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Sandra Krischke,<br><br>       Plaintiff,<br><br>vs.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank,<br><br>       Defendant. | Case No.: 2:17-cv-01183-DN |

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 14, 2018

                                                     Respectfully submitted,
                                                     */s/   Jenny DeFrancisco*

                                                     Jenny DeFrancisco, Esq. *(Admitted PHV)*
                                                   LEMBERG LAW LLC
                                                   43 Danbury Road, 3rd
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424
                                                   *Attorney for Plaintiff Annie Outlaw*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Utah Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          */s/ Jenny DeFrancisco*
                                     Jenny DeFrancisco, Esq.