IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA KRISCHKE,<br><br>            Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK f/k/a/ GE CAPITAL RETAIL BANK,<br><br>            Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:17-cv-01183-DN<br><br>District Judge David Nuffer |

Based on the parties' Stipulation of Dismissal ("Stipulation"),[1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation[2] is GRANTED. This action is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

The Clerk is directed to close this case.

Signed July 25, 2018.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 22, filed July 24, 2018.

[2] *Id*.